**DISMISS and Opinion Filed April 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00109-CV

### TONJAH MICHELLE STEWART, Appellant

### V.

### BILLY WAYNE STEWART, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 92793-422**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Lang
Opinion by Justice Lang

The parties have filed a joint motion to dismiss appeal, stating they have settled all

disputed issues. *See* TEX. R. APP. P. 42.1. We grant the motion and dismiss the appeal. *See id.*

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

160109F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TONJAH MICHELLE STEWART,
Appellant

No. 05-16-00109-CV      V.

BILLY WAYNE STEWART, Appellee

On Appeal from the 422nd Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 92793-422.
Opinion delivered by Justice Lang. Chief
Justice Wright and Justice Bridges
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** each party bear its own costs of this appeal.

Judgment entered this 20th day of April, 2016.